[No. 7440-1-II. Division Two. December 2, 1985.]

KALAMA CHEMICAL, INC., *Appellant*, v. COWLITZ
COUNTY BOUNDARY REVIEW BOARD,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82-2-00149-1, Milton R. Cox, J., entered December 6, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 6969-5-II. Division Two. December 2, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA
CHARLINE NIELSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82-1-00187-5, John H. Kirkwood, J., entered March 11, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 14075-2-I. Division One. December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
LEE SCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-01918-1, James A. Noe, J., entered November 8, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Coleman and Webster, JJ.